UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

NNENNA AGBAI, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

LE SPOT RESTAURANT, LLC
    d/b/a LE SPOT CAFÉ,
and MARIE DURAND,

                Defendants.

Case No.: 1:23-cv-08787

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff NNENNA AGBAI hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment dated July 18, 2024, and annexed hereto as **Exhibit A**.

Dated: July 19, 2024

                Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

ZABELL & COLLOTTA, PC
Christopher Collotta, Esq.
One Corporate Drive, Suite 103
Bohemia, New York 11716
CCollotta@Laborlawsny.com
*Attorney for Defendants*

By: _____
C.K. Lee, Esq.