UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

NNENNA AGBAI, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

LE SPOT RESTAURANT, LLC
    d/b/a LE SPOT CAFÉ,
and MARIE DURAND,

        Defendants.

Case No.: 1:23-cv-08787

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Le Spot Restaurant, LLC d/b/a Le Spot Café and Marie Durand (collectively "Defendants"), having offered to allow Plaintiff Nnenna Agbai ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00) ("Judgment Amount"), to resolve all of Plaintiff's individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 18, 2024 and filed as Exhibit A to Docket Number 32;

**WHEREAS**, on July 19, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 32);

It is **ORDERED, and ADJUDGED**, that judgment is entered in favor of Plaintiff Nnenna Agbai, in the sum of $25,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 18, 2024 and filed as Exhibit A to Docket Number 32. The Clerk of Court is respectfully directed to close this case.

Dated: July 22, 2024
      Brooklyn, New York

BRENNA B. MAHONEY
CLERK OF COURT

by: *Jalitza Poveda*
        Deputy Clerk